IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CANDACE SEARCY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 4:23-cv-00493-O |
| § | |
| KELLER INDEPENDENT SCHOOL § | |
| DISTRICT, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Pending before the Court are Plaintiff's fifteen various motions (ECF Nos. 50, 55, 56, 57, 59, 60, 61, 63, 64, 65, 66, 67, 68, 69, 70) filed between October 5, 2023, and March 11, 2024. On July 27, 2023, the Court accepted the Findings and Conclusions of the Magistrate Judge related to this case as correct, and they were accepted as the Findings and Conclusions of the Court. ECF No. 39. Accordingly, the Court ordered that this case be dismissed with prejudice. *Id.* That same day, the Court issued a Final Judgment pursuant to Federal Rule of Civil Procedure 58(a). ECF No. 40. On July 27, 2023, Plaintiff filed a Notice of Appeal. ECF No. 41. During the pendency of the appeal, Plaintiff filed fifteen motions. (ECF Nos. 50, 55, 56, 57, 59, 60, 61, 63, 64, 65, 66, 67, 68, 69, 70). None of these motions has merit. Accordingly, they are all denied.

On March 11, 2024, the United States Court of Appeal for the Fifth Circuit affirmed this Court's Final Judgment. ECF No. 72. Similar to the warning from the Fifth Circuit, the Court cautions **Ms. Candace Searcy** that her filing of any additional lawsuits in the Northern District of Texas, Fort Worth Division, which are of a similarly duplicative or antagonistic nature, **SHALL** result in either a monetary sanction assessed against her or an injunction restraining

her capacity to file or otherwise appear in any prospective lawsuit in the Fort Worth Division without the preclearance of the District Court, or both.

**SO ORDERED** this **12th** day of **March, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**